# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*United States v. Gamble*
Case No. 3:03-cr-0114-JKS

By: THE HONORABLE JAMES K. SINGLETON

Deputy Clerk: Dan Maus, Case Management: 677-6123*

PROCEEDINGS: ORDER FROM CHAMBERS

Defendant sent a letter to the Court, which was docketed as a motion, seeking to expunge allegedly erroneous charges from his record. The government apparently was not served. Upon service of the letter, the government, in conjunction with the probation office, is directed to respond to the filing **on or before Thursday, March 23, 2006**. Defendant's attorney, Robert M. Herz, is appointed for the limited purpose of addressing the issues outlined in the letter.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: March 3, 2006

---

* ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

C:\Documents and Settings\danm\Local Settings\Temp\notes06E812\A03-0114.001.wpd