# Law Offices of Robert Herz. P.C.
425 G Street, Suite 600
Anchorage, Alaska 99501
Phone: (907) 277-7171  Fax: (907) 277-0281

March 3, 2005

Paul Thompson
Public Defender's Office
P.O. Box 945
Bemidji, MN 56619

RE: United States of America vs. Cedric Gamble
Case No. A04-114 Cr. (JKS)

Dear Mr. Thompson,

It was brought to our attention, when we received the presentence report, that there was an error with Mr. Gamble's criminal record history in the NCIC database. Mr. Gamble requested that the report be corrected. I am enclosing a copy of the Presentence Report, our objections and the Supplement to the Presentence report. At sentencing, the federal court here indicated that it would issue any orders necessary, if it becomes necessary, to compel correction of the NCIC database. However, it would appear that administrative remedies will need to be exhausted first. My paralegal was informed by the Federal Bureau of Investigations here in Alaska that only the arresting agency, which was in Minnesota, could correct this error. The arresting agency would have to be contacted and a dispute filed with them directly.

The personnel at the FBI Agency stated that there is no form for this purpose. Because you are in Minnesota where Mr. Gamble was arrested and in close proximity to the arresting agency, I believe it will be much easier for you to communicate with the arresting agency pertaining to this issue. If you are unable to assist Mr. Gamble with correcting his record in the NCIC database, please let me know.

Sincerely,

Robert Herz
Attorney

Encl.

**Exhibit A**