DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CEDRIC GAMBLE, )<br>)<br>Defendant. ) | Case No. 3:03-cr-114-JKS<br><br>**UNOPPOSED MOTIONS FOR EXTENSION OF TIME AND FOR APPOINTMENT OF DEFENSE COUNSEL**<br><br>Filed on shortened time |

    The United States of America moves for an extension of time to file its response to Defendant's letter to the court regarding an erroneous charge being expunged from the pre-sentence report and his record. The government also requests that Robert M.

Herz be appointed to continue to represent the defendant in order to resolve this matter.

Government counsel is on leave March 17 through March 24, 2006, and needs time to work with defense counsel to resolve this issue, if possible. It appears that Robert M. Herz had initiated contact to redress the issue, and should be given more time to do so. Mr. Herz and undersigned counsel have communicated regarding these motions, and he is not opposed to an extension of time nor to his appointment to assist the defendant on this issue. With the appointment of counsel, time will be needed to resolve the issue, and then return to the court for either a status conference or to proceed with any needed motion practice.

Counsel for the government therefore requests the appointment of Robert M. Herz to represent the defendant in this case, and an extension of time for the parties

//

//

//

//

to then report to the court.

    Respectfully submitted this 15th day of March, 2006, in Anchorage, Alaska.

                              DEBORAH M. SMITH
                              Acting United States Attorney

                              s/ Retta-Rae Randall
                              RETTA-RAE RANDALL
                              Assistant U.S. Attorney
                              Federal Building & U.S. Courthouse
                              222 West 7th Avenue, Room 253, #9
                              Anchorage, Alaska 99513-7567
                              Phone:(907) 271-5071
                              Fax: (907) 271-1500
                              Email: rettarae.randall@usdoj.gov
                              Alaska Bar No. 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006,
a copy of the foregoing was served
electronically on Robert Herz, Esq.

s/ Retta-Rae Randall