IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | Case No. 3:03-cr-114-JKS |
| Plaintiff,          ) | |
| ) | **ORDER REGARDING** |
| v.          ) | **UNOPPOSED MOTIONS FOR** |
| ) | **EXTENSION OF TIME AND** |
| CEDRIC GAMBLE,          ) | **APPOINTMENT OF COUNSEL** |
| ) | |
| Defendant.          ) | |
| ) | |

Having considered the motion for extension of time filed by the United States, and the motion to re-appoint Robert M. Herz to assist the defendant with the issue of expungement of an allegedly erroneous data entry into the NCIC database, ,

IT IS HEREBY ORDERED that the Robert M. Herz is hereby appointed as defense counsel to the defendant for that limited purpose, and the parties are to file a status report with the court by _____.

IT IS SO ORDERED.

DATED this ____ day of March, 2006, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE