IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  Plaintiff,  )  )  v.  )  )  CEDRIC GAMBLE,  )  )  Defendant.  )  ) | Case No. 3:03-cr-114-JKS  **ORDER REGARDING UNOPPOSED MOTIONS FOR EXTENSION OF TIME AND APPOINTMENT OF COUNSEL** |

Having considered the motion for extension of time filed by the United States, and the motion to re-appoint Robert M. Herz to assist the defendant with the issue of expungement of an allegedly erroneous data entry into the NCIC database,

IT IS HEREBY ORDERED that the Robert M. Herz is hereby appointed as defense counsel to the defendant for that limited purpose, and the parties are to file a **status report** with the court by **April 24, 2006.**

**IT IS SO ORDERED.**

DATED this 15th day of March 2006, at Anchorage, Alaska.

/s/ James K. Singleton, Jr.
UNITED STATES DISTRICT COURT JUDGE