IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Cedric Gamble, | ) |
| | ) |
| Defendant(s). | ) |

Case No.     A-03-114 Cr (JKS)

## STATUS REPORT

Comes now, Cedric Gamble, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., hereby files the following status report in the above-captioned case. The court ordered the parties to file a status report by April 24, 2006. However, counsel will be out of town from April 16 to April 26, 2006, hence, this report is being filed early.

On April 4, 2006 counsel spoke with United States probation officer Karen Brewer. Ms. Brewer informed counsel that she had contact with an individual responsible for maintaining the NCIC database. That individual reported to Ms. Brewer that they had received a "Flash Notice" from the U.S. Marshal's office in Minneapolis, Minnesota. Because NCIC correctly entered the information that they had been provided they would not make any changes to the database as it presently exists. NCIC indicated that if they received a request to correct the data entry from the agency that provided the information, they would correct the database pursuant to such a request. Specifically, NCIC indicated they would need the requesting agency to provide what is termed an "Amended Flash Notice."

On April 7, 2006, counsel contacted the U.S. Marshal's office in Minneapolis, Minnesota and eventually identified an employee whose job is described as a criminal investigator/research specialist responsible for NCIC updates. This employee was identified to counsel as Maryann. This individual made a records check of the JABS AUTOMATED ARREST

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

SYSTEM and found nothing. The "closed summary" provided no date of arrest which indicated to Maryann that the matter was handled by the "Task Force."

In another phone call that day and after conducting more research, this representative of the marshal's office in Minneapolis, Minnesota provided additional information to counsel. Apparently, other records indicated that this was a Task Force arrest initiated out of the Duluth office. The records indicated a report date of November 13, 2003 with an arrest date of November 12, 2003. Additional notes indicated Mr. Gamble was arrested without incident and that he was taken to Douglas City Jail in Superior, Wisconsin.   All records reviewed by Maryann correctly reflected that Mr. Gamble was either arrested for a drug offense or possession of methamphetamine

Based on Maryann's training in the NCIC system and under the circumstances known to her about this case she indicated that there would be no reason for the U.S. Marshal's office in Minneapolis, Minnesota to make any NCIC report about the arrest in Mr. Gamble's case. Maryann was unable to explain why NCIC was reporting to Ms. Brewer that arrest information had come from Minneapolis. Maryann indicated that, in her opinion, any information reported to NCIC would have come from and should have come from Alaska. She identified a deputy in the U.S. Marshal's office in Alaska, Kevin Guinn, as having contact with their office pertaining to the Gamble case. She also identified a deputy in Duluth, Matt Hedblom, who was in charge of the Task Force arrest and she identified the Blackduck police in Blackduck, Minnesota as having been involved in the Task Force arrest. She speculated that it was possible that NCIC information could have been supplied by any of these sources. Given the information that NCIC was supplying Ms. Brewer, Maryann indicated she would call NCIC herself and would be willing to participate in a conference call with Ms. Brewer and counsel.

On April 14, 2006, counsel spoke with Ms. Brewer about the information obtained from the US Marshal's office in Minneapolis. Ms. Brewer, again, confirmed that the NCIC information she had obtained indicted that the data report originated with the US marshals' office in Minneapolis. Ms. Brewer indicated her willingness to speak directly with Maryann at the US Marshal's office in Minneapolis as well as her willingness to participate in a conference call involving

herself, NCIC personnel, Maryann at the US Marshal's office in Minneapolis and counsel. Counsel is awaiting to hear from Ms. Brewer concerning her follow up with NCIC and the US Marshal's office in Minneapolis.

DATED at Anchorage, Alaska, this 14th day of April 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on April 14, 2006, a copy of the foregoing response was served electronically on Assistant United States Attorney    s/ Robert Herz