## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Gamble*
Case No. 3:03-cr-00114-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

     In response to the Order at Docket No. 57, the Court has received a status report from Defendant (Docket No. 62), and a Memorandum from the United States Probation Office, dated May 3, 2006. The Memorandum indicates that the problem identified by the Defendant at Docket No. 56 has been resolved.

     If any party believes that the Defendant's record has not been modified to correctly reflect his arrest date and charge, they are invited to inform the Court, in writing, by **Monday, May 15, 2006**. This is the same date a further status report, if any, is due. Otherwise, the file will be closed.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: May 5, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.