IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Cedric Gamble, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

Case No.  A-03-114 Cr (JKS)

**MOTION TO AMEND OR CORRECT PRESENTENCE REPORT**

Comes now, Cedric Gamble, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., hereby moves the court for an order correcting or amending the presentence report filed on June 16, 2004, by the United States Probation Office for the District for Alaska in the above captioned case.

Page 5, paragraph 38 of the presentence report stated that information obtained from NCIC indicated that Mr. Gamble was arrested on November 24, 2003 for felony burglary. It has now been established that this information is erroneous. Furthermore, Mr. Gamble has asserted in his correspondence to the Court that this erroneous information affected his release status on furlough. It is reasonable to infer that the Bureau of Prisons may be relying upon this erroneous information for other reasons as well. Such reliance could have other unforeseen or unanticipated consequences. It is also possible this erroneous information could adversely affect Mr. Gamble while on supervised release.

Consequently this Court should order the United States Probation Office to correct or amend the erroneous information and issue a Revised Pre-sentence Report that accurately reflects the information now existing in the NCIC data base. Furthermore, this Court should direct the United States Probation Office for the District of Alaska to distribute a copy of the amended or corrected pre-

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

sentence report directly to the facility of the Bureau of Prisons at which Mr. Gamble is presently located.

DATED at Anchorage, Alaska, this 9th day of May 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on May 9, 2006, a copy of the foregoing Motion was served electronically on Assistant United States Attorney    s/ Robert Herz