## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Gamble*
Case No. 3:03-cr-00114-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:       ORDER FROM CHAMBERS

  In its Order at Docket No. 64, the Court indicted its belief that the parties had worked together to resolve the issues addressed by the Defendant at Docket No. 56.  This belief was based upon the May 3, 2006 letter received by the Court from the U.S. Probation Office (attached).  However, the Court is now in receipt of a motion filed by Defendant, through counsel, at Docket No. 65, requesting that the pre-sentence report be amended or corrected.

  **IT IS THEREFORE ORDERED:**

  The Assistant United States Attorney assigned to this case should meet with the probation officer and submit a response to the Motion at Docket No. 65 no later than **Friday, July 7, 2006**.  The Court continues to hope that the parties can reach a mutually agreed upon resolution of this matter.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: June 23, 2006

*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.