UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

**DATE:** May 3, 2006

**REPLY TO ATTN OF:** Karen M. Brewer *KB*
Deputy Chief U.S. Probation Officer

**SUBJECT:** **National Crime Information Center Records**
Defendant    :    GAMBLE, Cedric Adam
Case No.     :    3:03-cr-0114 (JKS)
FBI No.      :    198962DC2

**TO:** James K. Singleton
Senior U.S. District Court Judge

**cc:** AUSA Randall
Robert M. Herz, Esq.

On March 3, 2006, the Court issued an order based on a letter from the above-captioned defendant seeking assistance in correcting an apparent error in his FBI record at the National Crime Information Center (NCIC). According to the defendant's NCIC printout at that time, in conjunction with his Federal case in 3:03-cr-0114 (JKS) he had been arrested November 24, 2003, on the charge of Felony Burglary, when in probability that arrest should have been dated November 12, 2003, and the charge should have reflected a felony drug case.

Defense Counsel Herz and the probation office have worked with both the NCIC headquarters in West Virginia and the U.S. Marshal's Service in Minneapolis, Minnesota, and, effective this date, the challenged record has been modified so the defendant's NCIC printout clearly indicates his arrest date was November 12, 2003, and the charge was Dangerous Drugs.

Please let me know if further action by the Court is requested.