DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-114-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S NON-OPPOSITION TO DEFENDANT'S MOTION TO AMEND OR CORRECT PRESENTENCE REPORT |
| vs. | ) | |
| | ) | |
| CEDRIC GAMBLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   COMES NOW, the United States of America by and through counsel

and states that it does not oppose defendant Gamble's Motion to Amend or

Correct his Presentence Report filed at Docket 65.

    RESPECTFULLY SUBMITTED this 27th day of June, 2006 at

Anchorage, Alaska.

            DEBORAH M. SMITH
            Acting United States Attorney


            s/ Retta-Rae Randall
            Assistant U.S. Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Avenue, Rm 253
            Anchorage, Alaska  99513-7567
            Phone: (907) 271-5071
            Fax: (907) 271-1500
            Email: rettarae.randall@usdoj.gov

**Certificate of Service**
I declare hereby certify that on
June 26, 2006 a copy of the foregoing
was served electronically on Robert Herz, Esq.

 s/ Retta-Rae Randall
Assistant U.S. Attorney