IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CEDRIC GAMBLE, | ) |
| Defendant. | ) |

Case No.    A03-114 CR (JKS)

**ORDER**

Based upon the unopposed Motion to Amend or Correct the Pre-Sentence Report filed by Cedric Gamble and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States Probation Office for the District of Alaska is hereby ordered to correct or amend the erroneous information and issue a Revised Pre-sentence Report that accurately reflects the information now existing in the NCIC data base.

IT IS FURTHER ORDERED that the United States Probation Office for the District of Alaska is to distribute a copy of the amended or corrected pre-sentence report directly to the facility of the Bureau of Prisons at which Mr. Gamble is presently located.

DONE at Anchorage, Alaska, this 28th day of June 2006.

/s/ James K. Singleton
UNITED STATES DISTRICT COURT JUDGE